# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

July 22, 2013

| Before: | KENNETH F. RIPPLE, *Circuit Judge* |
| | JOHN DANIEL TINDER, *Circuit Judge* |
| | JAMES B. ZAGEL, *District Judge*\* |

| | |
|---|---|
| No.: 12-2860 | SECURITIES AND EXCHANGE COMMISSION, *Plaintiff - Appellee* |
| | v. |
| | JILAINE H. BAUER, *Defendant - Appellant* |
| **Originating Case Information:** ||
| District Court No: 2:03-cv-01427-CNC  Eastern District of Wisconsin  District Judge Charles N. Clevert, Jr. ||

The judgment of the District Court is REVERSED, with costs, and the case is REMANDED for proceedings, in accordance with the decision of this court entered on this date.

_____

\* Of the Northern District of Illinois, sitting by designation.