# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

September 13, 2013

To:  Jon W. Sanfilippo
     UNITED STATES DISTRICT COURT
     Eastern District of Wisconsin
     Milwaukee , WI 53202-0000

| | |
|---|---|
| No.: 12-2860 | SECURITIES AND EXCHANGE COMMISSION, Plaintiff - Appellee<br><br>v.<br><br>JILAINE H. BAUER, Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 2:03-cv-01427-CNC<br>Eastern District of Wisconsin<br>District Judge Charles N. Clevert | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 279.00 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 07/22/2013 |

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
|  |  |
| Transcripts: | 2 |
|  |  |

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** **Received by:**

_____  _____

form name: **c7_Mandate**(form ID: **135**)