# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 3, 2013

Before

JAMES B. ZAGEL, *District Judge*\*

|  |  |
|---|---|
| No.: 12-2860 | SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff - Appellee<br><br>v.<br><br>JILAINE H. BAUER,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 2:03-cv-01427-CNC<br>Eastern District of Wisconsin<br>District Judge Charles N. Clevert |

Upon consideration of the **MOTION OF THE SECURITIES AND EXCHANGE COMMISSION TO CORRECT THE JUDGMENT**, filed on September 18, 2013, by counsel for the appellee,

The motion is **GRANTED**. The clerk of this court shall amend the judgment, entered on July 22, 2013, to read as follows: "The judgment of the District Court is **REVERSED**, and the case is **REMANDED** for proceedings, in accordance with the decision of this court entered on July 22, 2013. Each party shall bear their own costs."

---

\* Of the Northern District of Illinois, sitting by designation.

form name: **c7_Order_3J**(form ID: **177**)